UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/6/2024
```

---------------------------------------------------------------- X
                                        :

SPIN MASTER LTD., *et al.*,            :

                                          :

                        Plaintiffs,    :                 1:24-cv-4007-GHW

                                          :

              -v-                    :                 ORDER

                                          :

AGANV, *et al.*,                     :

                                          :

                      Defendants.   :

                                          :

---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court orders that this Action be unsealed, and Records Management upload all

documents filed to date on the Electronic Case Filing system.

       SO ORDERED.

Dated: September 6, 2024
       New York, New York

                                 _____
                                   GREGORY H. WOODS
                               United States District Judge