```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SPIN MASTER LTD., et al.,                                      :
                                                               :
                                    Plaintiffs,                :   1:24-cv-4007-GHW
                                                               :
                    -v-                                        :   ORDER
                                                               :
AGANV, et al.,                                                 :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On May 2, 2025, the Court granted Plaintiffs' motion for alternative service for the Deregistered Defendant and the Unsuccessful Hague Defendants. Dkt. No. 32.

On May 5, 2025, Plaintiffs filed a certificate of service indicating that they had served all but two of the Defendants for which the Court had authorized alternative service. Dkt. No. 33. Plaintiffs have not identified whether they intend to serve these Defendants. *Id.*

As of the date of this Order, no Defendant has appeared in this action.

The Court directs Plaintiffs to file a letter updating the Court on the status of the case—including whether they intend to apply for an order to show cause why default judgment should not be entered against Defendants—no later than October 1, 2025. Plaintiffs are directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: September 3, 2025
      New York, New York

_____
GREGORY H. WOODS
United States District Judge